### PEASE'S APPEAL.

Argued March 15, 1893.  Appeal, No. 77, Jan. T., 1893, by Edward E. Pease, from decree of O. C. Bradford Co., Sept. T., 1887, No. 20, dismissing exceptions to auditor's report.  Before GREEN, WILLIAMS, MITCHELL, DEAN and THOMPSON, JJ.

The facts are the same as in the preceding case.

*Martin S. Lynch, N. C. Elsbree* and *R. H. Williams* with him, for appellant.

*D'A. Overton, M. F. Elliott* with him, for appellee.

OPINION BY MR. JUSTICE WILLIAMS, October 2, 1893:

This case is fully ruled by the Appeal of W. F. Hallstead, guardian, etc., in which an opinion is this day filed.  It is not necessary to repeat what is there said.  It is enough to refer to the opinion in that case for the reasons in support of the decree in this.  The assignments of error are not sustained and the decree of the court below is affirmed.